In the Matter of the Estate of PAULINE CYBULSKA, Deceased. HELEN WIECHEC et al., as Executors of PAULINE CYBULSKA, Deceased, Petitioners, Respondents. MARTHA BRUENN, Appellant.

Argued February 28, 1946; decided April 18, 1946.

*Edwin J. Culligan* and *Jean A. Martin* for appellant.
*Leonard R. Lipowicz* and *Peter A. Schultz* for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.